# UNITED STATES DISTRICT COURT
### for the
## DISTRICT OF MASSACHUSETTS

JANE DOE, ET AL.

*Plaintiff*

v.

Civil Action No.:
3:12-CV-30002-KPN

AGAWAM PUBLIC SCHOOLS

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Richard A. Cohen
> Mayor & Chairperson of the Agawam School Committee
> Agawam City Hall
> 36 Main Street
> Agawam, MA 01001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

> Michelle A. Moor, Esq.
> Kotin, Crabtree & Strong, LLP
> One Bowdoin Square, 8th Floor
> Boston, MA 02114

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SARAH ALLISON THORNTON

*CLERK OF COURT*

/s/ — Mary Finn

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2012-01-05 07:38:34.0, Clerk USDC DMA

Civil Action No.: **3:12-CV-30002-KPN**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _Richard A. Cohen_

was received by me on (date) _1|20|2012_ .

☐ I personally served the summons on the individual at (place)_____

_____ on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____

_____ , a person of suitable age and discretion who resides there,

on (date) _____ ; and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual)_Nadine Portifolio_____, who is

designated by law to accept service of process on behalf of (name of organization)_Richard A. Cohen,

Mayor + Chairperson of Agawam School Committee_ on (date) _1|20|12_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :


My fees are $ _____ for travel and $ _75~_ for services, for a total of $ _75_ .

I declare under penalty of perjury that this information is true.


_1/20/12_
Date

_Robert Del Pozzo_
Server's Signature

_Robert Del Pozzo   Disinterested Party_
Printed name and title


_P.D. Box 339_
Server's Address
_Weymouth, MA   02188_

Additional information regarding attempted service, etc: